UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR RODRIGUEZ GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-10838-EKL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 1 |

Jurisdiction over habeas petitions like the one in this case "lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004); *see also Doe v. Garland*, 109 F.4th 1188, 1197-99 (9th Cir. 2024) (applying this principle to a habeas petition challenging immigration detention). According to the Court's electronic case filing system, Petitioner filed his habeas petition on December 19, 2025, at 11:15 a.m. At that time, Petitioner was detained – and continues to be detained – at the California City Detention Facility. Petition ¶¶ 1, 5-6, 11, ECF No. 1; *see also* ECF No. 3-2 at 3. That facility is located in the Eastern District of California.

The Court therefore DISMISSES this case without prejudice for lack of jurisdiction. Time is of the essence, and dismissal will facilitate expeditious re-filing of the petition in the Eastern District of California, whereas transfer may cause prejudicial delay. *Cf. Y.G.H. v. Trump*, 787 F. Supp. 3d 1097, 1109 (E.D. Cal. 2025) (dismissing rather than transferring case based on the "interest of justice"). The Court expresses no view on the merits of the petition.

**IT IS SO ORDERED.**

Dated: December 19, 2025

                                                  Eumi K. Lee
                                                  United States District Judge